IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA  )  )  ) | |
| v.                        ) | Criminal No. 96-144 |
|                           )  ) | |
| MICHAEL FISHER,           ) | |
|      Defendant.           ) | |

ORDER

AND NOW, this 11th day of May, 2007, following a hearing under Rule 35(b) of the Federal Rules of Criminal Procedure, IT IS HEREBY ORDERED that the court's order of judgment and sentence in the above captioned case, imposed April 14, 2007, is amended as follows:

> "The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a period of time served."

IT IS FURTHER ORDERED that the remainder of the court's sentence of April 14, 1997 shall remain in full force and effect.

BY THE COURT:

_____, J.

cc:  All Counsel of Record
     U.S. Marshal
     U.S. Probation
     Federal Bureau of Prisons